UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILLIAM PETERS, | Civil No. 3:25-cv-05499-JNW |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 26, 2026, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 9, 2026, to file a reply brief.

DATED this 22nd day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE
Jamal N. Whitehead

Page 1      ORDER - [3:25-CV-05499-JNW]

Presented by:

s/ John B. Drenning
JOHN B. DRENNING
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant